IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| **MICHAEL CHILDRESS,** | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 4:23-cv-396 |
| | § | |
| **NORTHLAND INSURANCE** | § | |
| **COMPANY,** | § | |
| | § | |
| Defendant. | § | |

## ORDER GRANTING AGREED STIPULATION OF DISMISSAL

After considering the Agreed Stipulation of Dismissal With Prejudice filed by Plaintiff Michael Childress and Defendant Northland Insurance Company, and pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, the Court hereby **GRANTS** the Agreed Stipulation of Dismissal With Prejudice and **DISMISSES** the case with prejudice.

SIGNED this _____ day of _____, 2024.

_____
**HONORABLE UNITED STATES
DISTRICT JUDGE**