# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# SHERMAN DIVISION

| | | |
|---|---|---|
| **MICHAEL CHILDRESS,** | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 4:23-cv-396 |
| | § | |
| **NORTHLAND INSURANCE** | § | |
| **COMPANY,** | § | |
| | § | |
| Defendant. | § | |

## ORDER GRANTING AGREED STIPULATION OF DISMISSAL

After considering the Agreed Stipulation of Dismissal With Prejudice filed by Plaintiff Michael Childress and Defendant Northland Insurance Company, and pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, the Court hereby **GRANTS** the Agreed Stipulation of Dismissal With Prejudice and **DISMISSES** the case with prejudice.

IT IS SO ORDERED.

SIGNED this 25th day of April, 2024.

_____
AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE